

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-30-2004

# USA v. Constant

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-1025

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"USA v. Constant" (2004). *2004 Decisions.* Paper 27.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/27

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-1025
_____

UNITED STATES OF AMERICA

v.

IVAN CONSTANT,

Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 02-cr-00434-1)
District Judge:  The Honorable Anita B. Brody

_____

Submitted Under Third Circuit LAR 34.1(a)
December 13, 2004

Before: NYGAARD, ROSENN, and BECKER, Circuit Judges.

(Filed: December 30, 2004)

_____

OPINION OF THE COURT

_____

NYGAARD, Circuit Judge.

Arguing that the felon-in-possession statute, 18 U.S.C. § 922(g), is unconstitutional on its face and as applied to him, Appellant Ivan Constant challenges his conviction under that statute.  As we have previously considered and rejected an identical claim, *see United States v. Singletary*, 268 F.3d 196 (3d Cir. 2001), we affirm his conviction.